UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 14, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK WOEHL,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00155-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICK WOEHL ,

Case No.  2:23-mj-00155-DB , Charge 18 U.S.C. § 1752(a)(1) from custody for the following reasons:

　　**x**　Release on Personal Recognizance

　　＿＿＿　Bail Posted in the Sum of $ ＿＿＿＿＿＿＿＿＿＿

　　　　　＿＿＿　Unsecured Appearance Bond $ ＿＿＿＿＿＿＿＿＿＿

　　　　　＿＿＿　Appearance Bond with 10% Deposit

　　　　　＿＿＿　Appearance Bond with Surety

　　　　　＿＿＿　Corporate Surety Bail Bond

　　**x**　　　(Other):  Defendant is released forthwith with terms as stated on the record and must directly report to Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/15/2023.

　　Issued at Sacramento, California on December 14, 2023, at　　2:30　　PM

Dated:  December 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE